**IN THE SUPREME COURT OF PENNSYLVANIA**


OFFICE OF DISCIPLINARY COUNSEL, : No. 2170 Disciplinary Docket No. 3
          Petitioner     :

                                 : No. 53 DB 2015

          v.                   :

                                 : Attorney Registration No. 51520

MARTIN S. WEISBERG,        :
          Respondent     : (Out Of State)


**O R D E R**


**PER CURIAM**


    **AND NOW**, this 4th day of June, 2015, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated May 13, 2015, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Pa.R.D.E. 215(g), and it is

    ORDERED that Martin S. Weisberg is suspended on consent from the Bar of this Commonwealth for a period of one year, and he shall comply with all the provisions of Pa.R.D.E. 217.